UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AGCS MARINE INSURANCE COMPANY AND WEATHERFORD ARTIFICIAL LIFT SYSTEMS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>M/V IMABARI LOGGER (IMO No. 9663855),<br><br>Defendant. | IN ADMIRALTY<br><br>No. 3:22-cv-05212<br><br>**WARRANT FOR ARREST OF VESSEL** |

TO:   THE UNITED STATES MARSHAL FOR THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

The Verified Complaint in the above-captioned proceeding was filed in this Court on April 5, 2022.

In accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, you are directed to arrest Defendant Vessel M/V IMABARI LOGGER (IMO No. 9663855), and to detain same in your custody pending further order of the Court.

WARRANT OF ARREST – Page 1
No. _____

{29876-00809049;2}

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

Date: 4/5/22 5:03 A.m.

City and State: TACOMA, WA

_____
Issuing officer's signature

J. Richard Creatura
Printed name and title

CHIEF MAGISTRATE JUDGE
WESTERN DISTRICT OF WA

WARRANT OF ARREST – Page 2
No. _____

{29876-00809049;2}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AGCS MARINE INSURANCE COMPANY AND WEATHERFORD ARTIFICIAL LIFT SYSTEMS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>M/V IMABARI LOGGER (IMO No. 9663855),<br><br>Defendant. | IN ADMIRALTY<br><br>No. 3:22-cv-05212<br><br>**WARRANT FOR ARREST OF VESSEL** |

**TO:   THE UNITED STATES MARSHAL FOR THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON**

The Verified Complaint in the above-captioned proceeding was filed in this Court on April 5, 2022.

In accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, you are directed to arrest Defendant Vessel M/V IMABARI LOGGER (IMO No. 9663855), and to detain same in your custody pending further order of the Court.

WARRANT OF ARREST – Page 1
No. _____
{29876-00809049;2}

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

1  Date: April 05, 2022

                                                  *[signature]*
                                                  Issuing officer's signature

2

3  City and State: Tacoma, WA      Stefan Prater/Deputy Clerk
                                                      Printed name and title

WARRANT OF ARREST – Page 2
No. _____

{29876-00809049;2}

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990