HON. ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| AGCS MARINE INSURANCE COMPANY and WEATHERFORD ARTIFICIAL LIFT SYSTEMS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>M/V IMABARI LOGGER (IMO No. 9663855),<br><br>Defendant. | IN ADMIRALTY<br><br>No. 3:22-cv-05212<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs AGCS Marine Insurance Company and Weatherford Artificial Lift Systems, LLC ("Plaintiffs"), by and through their undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice. The Defendant Vessel, M/V IMABARI LOGGER, IMO No. 9663855, was not arrested, and Defendant has not filed an answer or motion for summary judgment.

//

//

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE – Page 1
No. 3:22-cv-05212
{29876-00809665;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

1      DATED this 7th day of April, 2022.

2      Respectfully submitted,

3      LE GROS BUCHANAN & PAUL

4      *s/ Eric R. McVittie*
     *s/ Daniel J. Park*

5      *s/ Abigail Yadav*
     Eric R. McVittie, WSBA # 20538

6      Daniel J. Park, WSBA # 43748
     Abigail Yadav, WSBA # 56523

7      4025 Delridge Way SW, Suite 500
     Seattle, WA 98106-1271

8      Phone: (206) 623-4990
     Fax: (206) 467-4828

9      Email: emcvittie@legros.com,
     dpark@legros.com,

10     ayadav@legros.com

11     *Attorneys for Plaintiffs*

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE – Page 2
No. 3:22-cv-05212
{29876-00809665;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to The Honorable Robert J. Bryan, and serve it on all associated counsel:

>Jeremy B. Jones, WSBA No. 44138
>NICOLL BLACK & FEIG
>1325 Fourth Avenue, Suite 1650
>Seattle, WA 98101
>Email: JJones@nicollblack.com
>
>*Attorneys for Defendant by restricted appearance*

I certify under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

>By: *s/ Jamie Porter*
>Jamie Porter, Legal Assistant
>Signed at Seattle, Washington

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE – Page 3
No. 3:22-cv-05212
{29876-00809665;1}

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990